# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: )
Lunn 119th LLC ) Case No. 05 B 11666
    Debtor(s). )
)
)

## FINAL PRETRIAL ORDER GOVERNING DEBTOR'S MOTION FOR SUBSTANTIVE CONSOLIDATION

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before May 2, 2006, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two copies**, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." In addition, if the hard copies of a party's exhibits submitted to the Court exceed one single 3-inch ring binder, the party must also submit the exhibits to the Court on a CD-ROM, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial is set for May 9, 2006, at 2:00 p.m. Courtroom 642 Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

An attorney who is a member of the trial bar under the provisions of Rule 600(B) of the local Bankruptcy Rules of this Court shall participate in the trial.

ENTER:

Dated: 4-7-06

                                                         Susan Pierson Sonderby
                                                         Judge

CERTIFICATE OF SERVICE

Case Number: 05-11666
Case Name:   Lunn 119th LLC   debtor(s)

I, Karen Jacobs, Courtroom Deputy to the Honorable Susan Pierson Sonderby, do hereby certify that on April 7, 2006 I caused to be served via First Class Mail a true and correct copy of: Final pretrial order governing debtor's motion for substantive consolidation   dated: 4/7/06 addressed to each of the following named individuals listed below:

David Neff
William Chosolvsky
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293

M. Gretchen Silver
Office of the United States Trustee
227 W. Monroe St., Suite 3350
Chicago, IL 60606

William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601

William J. Factor
Seyfarth & Shaw LLP
55 E. Monroe St., Suite 4200
Chicago, IL 60603

_____
Karen Jacobs
Courtroom Deputy